NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Appellant moves for leave to file a corrected appendix. The appellant also moves without opposition for a 120-day extension of time and to substitute Francis O. Kadiri as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2)  Francis O. Kadiri should promptly file an entry of appearance.

FOR THE COURT

APR 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Peter C. Nwogu
     David F. D'Alessandris, Esq.
     Francis O. Kadiri, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 5 2012

**JAÑ HORBALY**
**CLERK**
